UNITED STATES BANKRUPTCY COURT OF THE
WESTERN DISTRICT OF OKLAHOMA

IN RE:   Yvone S. Cox,

)
)   Case No. 14- 15013
Debtors.   )   Chapter 13

**AFFIDAVIT**

STATE OF OKLAHOMA   )

COUNTY OF POTTAWATOMIE   )

THE UNDERSIGNED, first being duly sworn, states:   1. That I, Yvone S. Cox, no longer have to file income tax returns, beginning with tax year 2013 and on, due to insufficient taxable income.

Dated this 5th day of December 2014.

_____
Yvone S. Cox

Subscribed and sworn to before me a notary public this 5th day of December 2014.

_____
Notary Public

Commission Expiration: 3-26-15
Commission Number: 07002958

(Seal)

THERESA KESSINGER
Notary Public
State of Oklahoma
Commission # 07002958  Expires 03/26/15